Rosemary Dady SBN# 190174
The Hawkins Center of Rubicon Programs
101 Broadway Ave.
Richmond, California 94804
(510) 232-6611 (phone)
(510) 232-2271 (fax)

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Brenda Williams,<br><br>               Plaintiff,<br>  vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security<br><br>               Defendant. | CIVIL NO. 09-2183 MHP<br><br>STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO FILE MOTION FOR SUMMARY JUDGMENT |

       IT IS HEREBY STIPULATED by and between the undersigned attorneys, pursuant to Civil L.R. 7-12, and subject to the approval of the Court, that plaintiff may have an extension of 30 days in which to file his Motion for Summary Judgment.[1]  Plaintiff's motion was due on January 13, 2010, pursuant to Civil L.R. 16-5.  Plaintiff's Motion for Summary Judgment is now due on February 12, 2010.

//
//
//
//
//
//
//
//

---

1. See attached Declaration of Rosemary Dady on behalf of Brenda Williams.

//

This is Plaintiff's first request for an extension.


Dated: January 13, 2010     ____/S/_____
                            Rosemary Dady
                            Attorney for Plaintiff


Dated: January 13, 2010     _____/S/_____
                            Dennis J. Hanna
                            Special Assistant United States Attorney


PURSUANT TO STIPULATION, IT IS SO ORDERED:


Dated:  1/14/2010           _____
                            MARILYN H. PATEL
                            United States District Judge

IT IS SO ORDERED
Judge Marilyn H. Patel