UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

BRENDA WILLIAMS,

              Plaintiff,

   v.

MICHAEL J. ASTRUE,

              Defendant.
_____/

No. C 09-2183 MHP

**JUDGMENT**
Fed.R.Civ.P.58

     This action having come before this Court, the Honorable Marilyn Hall Patel, United States District Judge presiding, and the issues having been duly presented in accordance with the standing procedural order of this Court, and an Order having been duly filed herein,

     IT IS ORDERED AND ADJUDGED that defendant's motion for summary judgment is GRANTED and plaintiff's cross-motion for summary judgment is DENIED, and that the action is DISMISSED.

Dated: September 7, 2010

                                                   _____
                                                   MARILYN HALL PATEL
                                                   United States District Court Judge
                                                   Northern District of California